90R03356

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :    Hon. William H. Walls
                                                 Criminal No. 91-394

       v.                           :

JHON JAIRO TORRES, et al.       :    <u>ORDER FOR DISMISSAL</u>

       Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses, Criminal No. 91-394-13 and Criminal No. 91-394-14, against defendants Angel Velez and Carlos A. Aceveda, charging the defendants with organized crime drug enforcement task force violations in violation of Title 31, United States Code, Section 5316. Defendants Velez and Aceveda have been fugitives for over 20 years and therefore further prosecution in this matter is not in the interests of the United States at this time.

       This dismissal is without prejudice.

                                                           PAUL J. FISHMAN
                                                           United States Attorney

       Leave of Court is granted for the filing of the foregoing dismissal.

                                                           HON. WILLIAM H. WALLS
                                                          United States District Judge

Dated: March 17, 2011.